McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE ALAINE MARKIS,<br><br>Defendant. | CASE NO. 2:19-MJ-00021-EFB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: February 28, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney AMANDA BECK, and defendant CARRIE ALAINE MARKIS, both individually and by and through her counsel of record, MATTHEW BOCKMON, hereby stipulate as follows:

1.  The Complaint in this case was filed on January 23, 2019, and defendant first appeared before a judicial officer of the Court in which the charges in this case are pending on January 25, 2019.

2.  The current preliminary hearing date is February 28, 2019.

3.  By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to March 14, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between February 28, 2019, and March 14, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  February 26, 2019          McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ AMANDA BECK
                                   AMANDA BECK
                                   Assistant United States Attorney

Dated:  February 26, 2019          /s/ MATTHEW BOCKMON
                                   MATTHEW BOCKMON
                                   Counsel for Defendant
                                   CARRIE ALAINE MARKIS

FINDINGS AND ORDER

2

McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00021-EFB |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| CARRIE ALAINE MARKIS, | DATE: February 28, 2019 |
| Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on February 26, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to March 14, 2019, at 2:00 p.m., before

1  Magistrate Judge Deborah Barnes.

2      2.    The time between February 28, 2019, and March 14, 2019, shall be excluded from

3  calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

4      3.    Defendants shall appear at that date and time before the Magistrate Judge on duty.

6      IT IS SO ORDERED.

7  DATED: FEBRUARY 26, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE