HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CARRIE ALAINE MARKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-021 EFB |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION TO POST SECURED PROPERTY BOND |
| v. | |
| CARRIE ALAINE MARKIS, | Judge: Hon. Edmund F. Brennan |
| Defendants. | |

The United States of America, through its counsel, Assistant United States Attorney Amanda Beck, and defendant, Carrie Alaine Markis, through Assistant Federal Defender, Matthew C. Bockmon, stipulate that the posting of the $250,000.00 secured property bond is extended until March 14, 2019.

On January 28, 2019, the Court ordered that a $250,000.00 secured property bond be submitted within 14 days. On February 8, 2019 the Court granted the request to extend the posting of the secured bond until February 27, 2019. The bond package has been given to the government and the Court.

The parties filed a stipulation to continue the preliminary examination to March 14, 2019 from February 28, 2019, the date defense counsel would have been able to obtain the defendant and her parents' signatures on the Deeds of Trust. It is the defense's request that the complete secured property bond package be extended to March 14, 2019. Ms. Markis is currently residing

Stipulation to Extend Time                    -1-

at Wellspace for inpatient drug treatment which makes it difficult to obtain Ms. Markis' signature which needs to be notarized.

| | |
|---|---|
| DATED: February 27, 2019 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for CARRIE ALAINE MARKIS |
| DATED: February 27, 2019 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Amanda Beck*<br>AMANDA BECK<br>Assistant United States Attorney |

Stipulation to Extend Time -2-

**O R D E R**

Finding good cause, the Court grants the defendant an extension to March 14, 2019 in which to post the $250,000.00 secured property bond.

Dated:  February 28, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE