1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   CARRIE ALAINE MARKIS
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  Case No. 2:19-mj-021 EFB
                                   )
11            Plaintiff,           )  STIPULATION AND ORDER FOR AN
                                   )  EXTENSION TO POST SECURED
12       v.                        )  PROPERTY BOND
                                   )
13  CARRIE ALAINE MARKIS,          )  Judge:  Hon. Edmund F. Brennan
                                   )
14            Defendants.          )
                                   )
15  _____)

16

17        The United States of America, through its counsel, Assistant United States Attorney

18  Amanda Beck, and defendant, Carrie Alaine Markis, through Assistant Federal Defender,

19  Matthew C. Bockmon, stipulate that the posting of the $250,000.00 secured property bond is

20  extended until April 5, 2019.

21         On January 28, 2019, the Court ordered that a $250,000.00 secured property bond be

22  submitted within 14 days. On February 8, 2019 the Court granted the request to extend the

23  posting of the secured bond until February 27, 2019. The Court previously granted the request to

24  extend time to post the secured bond until March 14, 2019.

25        The Deed of Trust for Ms. Markis was recorded on March 8, 2019. A copy has been

26  provided to the government. Unfortunately, due to an error the Deed of Trust for Ms. Markis'

27  parents was not recorded. Defense counsel requires additional time to correct the error.  It is the

28  defense's request that the complete secured property bond package be extended to April 5, 2019.

Stipulation to Extend Time          -1-

1

DATED: March 14, 2019          HEATHER E. WILLIAMS

2                                                 Federal Defender

3                                                 */s/ Matthew C. Bockmon*
                                                  MATTHEW C. BOCKMON
4                                                 Assistant Federal Defender
                                                  Attorney for CARRIE ALAINE MARKIS
5

6

DATED: March 14, 2019          MCGREGOR W. SCOTT
                                                  United States Attorney
7

8                                                 */s/ Amanda Beck*
                                                  AMANDA BECK
9                                                 Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>**O R D E R**</u>

2          Finding good cause, the Court grants the defendant an extension to April 5, 2019 in

3  which to post the $250,000.00 secured property bond.

4   Dated:  March 15, 2019

5

6                                        _____
                                         KENDALL J. NEWMAN
7                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend Time                    -3-