1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

**FILED**

APR 04 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

CARRIE ALAINE MARKIS, and
ANDREA MICHELLE JORDAN,
aka JILL JORDAN,

        Defendants.

CASE NO. 2:19-CR-0062 JAM

ORDER TO SEAL

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Amanda Beck to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of both defendants or until further order of the Court.

Dated: 4-4-2019

EDMUND F. BRENNAN
United States Magistrate Judge