1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   CARRIE MARKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-062 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO MODIFY<br>) SPECIAL CONDITIONS OF RELEASE |
| v. | ) |
| CARRIE MARKIS, | ) Judge: Hon. CAROLYN K. DELANEY |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Carrie Markis, through their respective attorneys, that the release conditions imposed on Mr. Ms. Markis on January 28, 2019 (Dkt. 10), may be modified to change her computer use restriction. Condition 15 states:

**15. You must participate in a computer restriction and monitoring program as directed by the pretrial services officer. You must allow the pretrial services officer to install monitoring software on any computers to which you have access, as approved by the Court, and you must not remove, tamper with, or in any way circumvent the software.**

The parties wish to modify Condition 15 as follows:

**15.** *You must not access via computer or any device offering internet connection any place commonly known and referred to as a "Dark Web" or Dark Net" websites, such as Silk Road, AlphaBay, and Wall Street; you must not use digital/crypto-currency, such as Bitcoin, in Internet transactions; and, you must not access or use Tor, VPNs or any other anonymity obscuring internet services.*

Stipulation to Modify Special Conditions of Release        -1-

Pretrial Services Officer, Steven Sheehan, is in agreement with this request for modification.

All other conditions shall remain in force.

DATED: May 20, 2019  HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for CARRIE MARKIS

DATED: May 20, 2019  MCGREGOR W. SCOTT
United States Attorney

*/s/ Paul Hemesath*
PAUL HEMESATH
Assistant United States Attorney

**O R D E R**

The following release condition is modified:

**15.   You must not access via computer or any device offering internet connection any place commonly known and referred to as a "Dark Web" or Dark Net" websites, such as Silk Road, AlphaBay, and Wall Street; you must not use digital/crypto-currency, such as Bitcoin, in Internet transactions; and, you must not access or use Tor, VPNs or any other anonymity obscuring internet services.**

All other conditions shall remain in force.

Dated:  May 21, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE