LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANDREA JORDAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARRIE ALAINE MARKIS, and ANDREA MICHELLE JORDAN,<br><br>    Defendants. | Case No.: 2:19-cr-062 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   December 10, 2019<br>Time:   9:15 a.m.<br>Court:  Hon. John A. Mendez |

1. This matter is presently set for a status conference on October 8, 2019.  By this stipulation, Defendants Markis and Jordan move to continue the status conference to December 10, 2019.

2. This case involves distribution of prescription pills by means of a secret portion of the internet referred to as the "dark web."   The government has provided voluminous

ORDER CONTINUING STATUS CONFERENCE

discovery materials, approximating 2400 pages of written reports, photographs, computer records, audio of interviews, and other materials stemming from the investigation. The case can fairly be characterized as involving transactions that are nationwide in scope. Defense counsel are conducting their own investigations related to potential defenses and mitigation evidence in the event of a likely negotiated disposition. Given that ongoing defense investigation, Defendants Markis and Jordan request to continue the status conference in this matter to December 10, 2019, at 9:15 a.m. They further move to exclude time between October 8, 2019 and December 10, 2019, inclusive, under Local Code T-4. The United States does not oppose this request.

3. Defense counsel for both Defendants represent and believe that failure to grant additional time as requested would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

4. Based on the above-stated facts, Defendants Markis and Jordan request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 8, 2019 to December 10, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice

ORDER CONTINUING STATUS
CONFERENCE

served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Paul Hemesath and Attorney Kelly Babineau have reviewed this stipulation and proposed order and authorized Todd Leras via email to sign it.

DATED: October 4, 2019

By  */s/ Todd D. Leras for*
PAUL A. HEMESATH
Assistant United States Attorney

DATED: October 4, 2019

By  */s/ Todd D. Leras for*
Kelly Babineau
Attorney for Defendant
CARRIE MARKIS

DATED: October 4, 2019

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ANDREA JORDAN

ORDER CONTINUING STATUS CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for October 8, 2019, is vacated. A new status conference is scheduled for December 10, 2019, at 9:15 a.m. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from October 8, 2019, up to and including December 10, 2019.

IT IS SO ORDERED.

Dated: October 4, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

ORDER CONTINUING STATUS CONFERENCE