LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
ANDREA JORDAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARRIE ALAINE MARKIS, and ANDREA MICHELLE JORDAN,<br><br>　　　　Defendants. | CASE NO. 2:19-CR-062-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: February 4, 2020<br>Time: 9:15 a.m.<br>Court: Hon. John A. Mendez |

1.  This matter is presently set for a status conference on December 10, 2019. By this stipulation, Defendants Markis and Jordan move to continue the status conference to February 4, 2020 at 9:15 a.m.

2.  This case involves distribution of prescription pills by means of a secret portion of the internet known as the "dark web." The government has provided voluminous discovery materials, including approximately 2400 pages of written reports, photographs, computer records, audio of witness interviews, and other materials stemming from the investigation. The case can fairly be characterized as nationwide in scope.

3.  Attorney Kelly Babineau, who represents Defendant Carrie Markis, substituted in as appointed counsel in the place of the Federal Defender's Office on June 7, 2019 (ECF Entry 45). Defendant Andrea Jordan first appeared in this case on April 5, 2019 (ECF

Entry 32). Given the volume of discovery in the case, defense counsel are engaged in on ongoing investigations related to potential defenses and mitigation evidence in the event of a likely negotiated disposition.

4. Defense counsel for both Defendants represent and believe that failure to grant the additional time requested would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence. The government does not oppose the request.

5. Based on the above-stated facts, Defendants Markis and Jordan request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the time period of December 10, 2019 to February 4, 2020, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Paul Hemesath and Attorney Kelly Babineau have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated: December 6, 2019        */s/ Kelly Babineau*

_____
KELLY BABINEAU
Attorney for Defendant
CARRIE MARKIS
(Per email authorization)

| | | |
|---|---|---|
| Dated:  December 5, 2019 | | */s/ Todd Leras* |
| | | _____ |
| | | TODD LERAS |
| | | Attorney for defendant |
| | | ANDREA JORDAN |
| | | |
| Dated:  December 6, 2019 | | MCGREGOR W. SCOTT |
| | | United States Attorney |
| | | |
| | | */s/ Paul Hemesath* |
| | By: | _____ |
| | | PAUL HEMESATH |
| | | Assistant United States Attorney |
| | | (Per email authorization) |

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME            2

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, presently scheduled for December 10, 2019, is vacated.  A new status conference is scheduled for February 4, 2020, at 9:15 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from December 10, 2019, up to and including February 4, 2020.

IT IS SO ORDERED.

Dated:   December 6, 2019

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge