KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for CARRIE MARKIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 19-CR-0062JAM |
| Plaintiff, ) | |
| ) | AMENDED STIPULATION REGARDING |
| ) | PRETRIAL RELEASE |
| v. ) | CONDITIONS; |
| ) | [~~PROPOSED~~] FINDINGS AND |
| ) | ORDER |
| CARRIE MARKIS ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Judge: Hon. Allison Claire |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that the pretrial release conditions be modified to remove the secured property bond on properties 10929 Tower Park Drive, Rancho Cordova, CA and 3226 Deforest Way (Pacer 26). These properties are listed as secure collateral as a condition of pretrial release.

The basis for this request is as follows: Ms. Markis has done well on pretrial release with no violations, she has surrendered her passport, her father is a co-signer on the

-1-

unsecured bond previously filed and she would like to take advantage of the low mortgage rates to refinance her home.  The parties believe this is a reasonable request in light of all the circumstances.

All other conditions of pretrial release are to remain in force and effect pending the disposition of this case, including the signed unsecured bonds previously signed by Ms. Markis and her father.

In addition, the Clerk's Office is directed to reconvey the properties as follows: 10929 Tower Park Drive, Rancho Cordova to Carrie Markis and 3226 Deforest Way, Sacramento CA to Alan and Carolyn Markis.

IT IS SO STIPULATED.

Dated:  July 22, 2020          Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Carrie Markis

Dated: July 22, 2020           /s/ Paul Hemesath
PAUL HEMESATH
Assistant U.S. Attorney

Dated: July 22, 2020           /s/ Steve Sheehan
STEVE SHEEHAN
U.S. Pretrial Release Officer

**O R D E R**

IT IS SO FOUND AND ORDERED this 22nd day of July, 2020.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE