LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANDREA JORDAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CARRIE ALAINE MARKIS, and<br>ANDREA MICHELLE JORDAN,<br><br>  Defendants. | Case No.: 2:19-cr-062 JAM<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   August 4, 2020<br>Time:    9:15 a.m.<br>Court:   Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Attorney Paul Hemesath, Attorney Kelly Babineau on behalf of and Attorney Todd Leras on behalf of Defendant Andrea Jordan, stipulate as follows:

1. This matter is presently set for status conference on August 4, 2020.  This matter has been pending as national, state, and local events have unfolded related to the potential

ORDER CONTINUING STATUS
CONFERENCE

spread of COVID-19.  Federal and state authorities have issued increasingly restrictive directives to slow the spread of the virus.  Defendants Markis and Jordan therefore requests to continue this matter to October 20, 2020.

2. On March 18, 2020, Chief United States District Judge Kimberly J. Mueller issued General Order 612, restricting access to the federal courthouses within the Eastern District of California until May 1, 2020.  On April 17, 2020, the Court issued General Order 617 to extend the courthouse restrictions until June 1, 2020.

3. On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 ordering all California residents to shelter in place unless their services are needed to perform work in critical infrastructure functions.

4. Defense counsel, heeding the Governor's order, have curtailed in-person client meetings.   Any in-person meeting involves a risk of spreading COVID-19, which is classified as a highly infectious virus by the Centers for Disease Control.  That risk includes the danger of an asymptomatic carrier unwittingly spreading COVID-19.

5. Given the circumstances related to the threat posed by COVID-19, defense counsel need additional time to discovery and discuss potential defenses with their clients.  The continuance is requested by defense counsel to reduce the risk of spreading COVID-19.  The continuance further allows preparation to occur at a time when the threat of COVID-19 subsides.  Defense counsel intend to continue legal research and defense investigation during the intervening period.

6. Based on the above-stated facts, Defendants Markis and Jordan request that the Court find that the ends of justice served by continuing the case as requested outweigh the

ORDER CONTINUING STATUS CONFERENCE

best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 4, 2020 to October 20, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Paul Hemesath and Attorney Kelly Babineau have reviewed this proposed order and authorized Todd Leras via email to sign it.

DATED: July 31, 2020            MCGREGOR W. SCOTT
                                           United States Attorney

                                           By  */s/ Todd D. Leras for*
                                               PAUL HEMESATH
                                               Assistant United States Attorney

DATED: July 31, 2020
                                           By  */s/ Todd D. Leras* for
                                              KELLY BABINEAU
                                              Attorney for Defendant
                                              CARRIE MARKIS

ORDER CONTINUING STATUS CONFERENCE

DATED: July 31, 2020

By    */s/ Todd D. Leras*
      TODD D. LERAS
      Attorney for Defendant
      ANDREA JORDAN

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference hearing in this matter scheduled for August 4, 2020, is vacated.  A new status conference is scheduled for October 20, 2020, at 9:15 a.m.  The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 4, 2020, up to and including October 20, 2020.

IT IS SO ORDERED.

DATED:   July 31, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT

ORDER CONTINUING STATUS CONFERENCE