1  LAW OFFICE OF TODD D. LERAS
2  Todd D. Leras, CA SBN 145666
   455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 504-3933

4  Attorney for Defendant
   ANDREA JORDAN
5

6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-062-JAM |
| 12         Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| 13         v. | |
| 14  CARRIE ALAINE MARKIS, and ANDREA MICHELLE JORDAN, | |
| 15 | Date: January 12, 2021 |
|         Defendants. | Time: 9:30 a.m. |
| 16 | Court: Hon. John A. Mendez |

17
     This matter is set for a status conference on January 12, 2021.  By this stipulation,
18
19   Defendants Markis and Jordan move to continue the status conference to April 20, 2021.   The
20   parties stipulate as follows:
21      1. The case involves distribution of prescription pills by means of a secret portion of the
22         internet known as the "dark web."  The government has provided voluminous discovery
23         materials, including approximately 2400 pages of written reports, photographs, computer
24         records, audio of witness interviews, and other materials stemming from the
25         investigation.  The case can fairly be characterized as nationwide in scope.
26
        2.  Attorney Kelly Babineau, who represents Defendant Carrie Markis, substituted in as
27
           appointed counsel in the place of the Federal Defender's Office on June 7, 2019 (ECF
28

STIPULATION & ORDER CONTINUING TCH

Entry 45). Defendant Andrea Jordan first appeared in this case on April 5, 2019 (ECF Entry 32). Counsel for both Defendants initiated review of discovery materials with their respective clients and prepared to conduct defense investigation. Some of the investigative efforts occurred just as state and national events unfolded regarding the spread of COVID-19.

3. A series of General Orders issued by the Chief United States District Judge for the Eastern District of California address the pandemic, including General Orders 612, 617, 618, 624, and 628. These general orders have resulted in restrictions to public access to federal courthouses in the Eastern District of California since March 18, 2020. General Order 628 extends the restrictions until early April 2021.

4. On March 19, 2020, California Governor Gavin Newsom issued Executive Order N-33-20 ordering all California residents to shelter in place unless their services are needed to perform work in critical infrastructure functions. Since issuance of the governor's order, California has experienced a series of intermittent declines and surges of virus cases. The fluctuations in virus cases, in turn, resulted in adjustment of mitigation measures. The Sacramento region is currently experiencing a surge in infections. These developments have hampered or delayed defense investigative efforts and in-person meetings between the attorneys and their respective clients.

5. Given the volume of discovery materials in the case, defense counsel are engaged in investigations related to potential defenses and mitigation evidence in the event of a negotiated disposition. Some of this investigation cannot be conducted safely until the danger posed by the pandemic subsides. Given these unusual events the government does not object to the continuance.

6. Counsel for both Defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendants Markis and Jordan request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the time period of January 12, 2021 to April 20, 2021, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Paul Hemesath and Attorney Kelly Babineau have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  January 6, 2021            */s/ Kelly Babineau*
_____
KELLY BABINEAU
Attorney for Defendant
CARRIE MARKIS
(Per email authorization)

Dated:  January 6, 2021            */s/ Todd Leras*
_____
TODD LERAS
Attorney for defendant
ANDREA JORDAN

Dated: January 6, 2021                         MCGREGOR W. SCOTT
                                               United States Attorney

                                               */s/ Paul Hemesath*
                                        By:    _____
                                               PAUL HEMESATH
                                               Assistant United States Attorney
                                               (Per email authorization)

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference scheduled for January 12, 2021 is vacated. A new status conference is scheduled for April 20, 2021, at 9:30 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from January 12, 2021, up to and including April 20, 2021.

IT IS SO ORDERED.

Dated: January 6, 2021                         /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME                  4