LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
ANDREA JORDAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE ALAINE MARKIS, and ANDREA MICHELLE JORDAN,<br><br>Defendants. | CASE NO. 2:19-CR-062-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  August 17, 2021<br>Time:  9:30 a.m.<br>Court:  Hon. John A. Mendez |

This matter is set for a status conference on August 17, 2021. By this stipulation, Defendants Markis and Jordan move to continue the matter for a status conference/potential change of plea hearing on October 19, 2021. The parties stipulate as follows:

1. The case involves distribution of prescription pills by means of a secret portion of the internet known as the "dark web." The government has provided voluminous discovery materials, including approximately 2400 pages of written reports, photographs, computer records, audio of witness interviews, and other materials stemming from the investigation. The case can fairly be characterized as nationwide in scope.

2. Counsel for both Defendants have initiated review of discovery materials with their respective clients and initiated defense investigation. Some of the investigative efforts

occurred just as state and national events unfolded regarding the COVID-19 pandemic. The parties are working toward negotiated settlement of this matter. To that end, defense counsel are engaged in client meetings in person with their respective clients. That process has been complicated due to surges in the original virus infection rate, variation in individual vaccination status, and the emergence of the Delta variant.

3. A series of General Orders issued by the Chief United States District Judge for the Eastern District of California address the pandemic, including General Orders 612, 617, 618, 624, 628, 630, 631, and 632. These general orders have resulted in restrictions to public access to federal courthouses in the Eastern District of California for most of the period since March 18, 2020. General Order 631 provided each district judge discretion to hold hearing in person or via remote conferencing beginning on June 14, 2021.

4. Sacramento County Public Health Officials recently returned to an indoor mask mandate, both for vaccinated and unvaccinated individuals, due to an increase in the Delta variant.

5. Counsel for both defendants request additional time, given the unusual circumstances, to complete their investigations and to hold in-person meetings with their respective clients to facilitate potential resolution. The government does not object to the continuance.

6. Counsel for both Defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendants Markis and Jordan request the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 17, 2021 to October 19, 2021, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Assistant U.S. Attorney Paul Hemesath and Attorney Kelly Babineau have reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on their behalf.

Dated:  August 11, 2021                   */s/ Kelly Babineau*
                                          _____
                                          KELLY BABINEAU
                                          Attorney for Defendant
                                          CARRIE MARKIS
                                          (Per email authorization)

Dated:  August 11, 2021                   */s/ Todd Leras*
                                          _____
                                          TODD LERAS
                                          Attorney for defendant
                                          ANDREA JORDAN

Dated:  August 11, 20201                  PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          */s/ Paul Hemesath*
                                  By:     _____
                                          PAUL HEMESATH
                                          Assistant United States Attorney
                                          (Per email authorization)

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, scheduled for August 17, 2021, is vacated. A new status conference/potential change of plea hearing is scheduled for October 19, 2021, at 9:30 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary attorney preparation, taking into consideration the exercise of due diligence, for the period from August 17, 2021, up to and including October 19, 2021.

IT IS SO ORDERED.

Dated:  August 13, 2021                     /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE