```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
CARRIE A. MARKIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00062-JAM-1 |
| Plaintiff, | MEMORANDUM REQUESTING TO VACATE THE DISCLOSURE SCHEDULE AND JUDGMENT AND SENTENCING DATE AND SET MATTER FOR A STATUS CONFERENCE |
| vs. | |
| CARRIE A. MARKIS, | |
| Defendant. | Judge: Honorable John A. Mendez |

Sentencing in this matter as to Ms. Markis is presently set for February 28, 2023, at 9:00 a.m. On February 6, 2023, the court relieved Ms. Markis' counsel and appointed undersigned counsel, John R. Manning. Counsel will need time to prepare for Ms. Markis' judgement and sentencing.

The request is to vacate the presently set disclosure schedule (see, ECF 125) and sentencing date and set this matter of a status conference on **March 28, 2023, at 9:00 a.m.** Assistant United States Attorney Alexis Klein and United States Probation Officer Nisha Modica have been advised of this request and have no objection.

Dated: February 15, 2023                    /S/ John R. Manning
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Carrie A. Markis

1

Dated: February 15, 2023				Phillip A. Talbert
						United States Attorney

						by: /S/ Alexis Klein
						ALEXIS KLEIN
						Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of February, 2023.

						/s/ John A. Mendez
						THE HONORABLE JOHN A. MENDEZ
						SENIOR UNITED STATES DISTRICT JUDGE