```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
CARRIE A. MARKIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19-cr-00062-JAM |
| Plaintiff, | ) **MEMORANDUM REQUESTING TO CONTINUE STASUS CONFERENCE** |
| vs. | ) |
| CARRIE A. MARKIS, | ) **Judge: Honorable John A. Mendez** |
| Defendant. | ) |

Sentencing in this matter as to Ms. Markis was set for February 28, 2023, at 9:00 a.m. On February 6, 2023, the court relieved Ms. Markis' counsel and appointed undersigned counsel, John R. Manning. Undersigned counsel requested (and the court agreed) to vacate the sentencing date (and disclosure schedule). Presently, this matter is now set for a status conference on March 28, 2023. Counsel for Ms. Markis continues to review discovery in this matter and prepare for a future sentencing hearing.

As such, the request is to continue the status conference presently set for March 28, 2023, at 9:00 a.m., to **May 16, 2023, at 9:00 a.m.** Assistant United States Attorney Alexis Klein and United States Probation Officer Nisha Modica have been advised of this request and have no objection.

///

1

```
Dated: March 22, 2023                /S/ John R. Manning
                                     JOHN R. MANNING
                                     Attorney for Defendant
                                     Carrie A. Markis


Dated: March 23, 2023                Phillip A. Talbert
                                     United States Attorney

                                     by: /S/ Alexis Klein
                                     ALEXIS KLEIN
                                     Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED.

```
        Dated: March 23, 2023    /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE
```