PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE ALAINE MARKIS,<br>and ANDREA JORDAN,<br><br>Defendants. | CASE NO. 2:19-CR-00062 JAM<br><br>**STIPULATION ORDER TO CONTINUE STATUS CONFERENCE RE: SENTENCING**<br><br>DATE: May 16, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendants Carrie Markis and Andrea Jordan have pleaded guilty and are pending judgment and sentencing. On February 6, 2023, the court relieved Ms. Markis' counsel and appointed undersigned counsel, John R. Manning. The court vacated the sentencing date (and disclosure schedule) as to both Ms. Markis and Ms. Jordan. Presently, both Ms. Markis and Ms. Jordan are set for a status conference on May 16, 2023. Counsel for Ms. Markis continues to review discovery in this matter and prepare for a future sentencing hearing; counsel for Ms. Jordan joins this request. As such, the request is to continue the status conference, as to both Ms. Markis and Ms. Jordan, presently set for May 16, 2023, at 9:00 a.m., to July 11, 2023, at 9:00 a.m. The government has no objection, nor does probation.

IT IS SO STIPULATED.

///

///

Dated: May 12, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
Assistant United States Attorney

Dated: May 12, 2023

/s/ JOHN R. MANNING
JOHN R. MANNING
Counsel for Defendant
CARRIE ALAINE MARKIS

Dated: May 12, 2023

/s/ TODD LERAS
TODD LERAS
Counsel for Defendant
ANDREA JORDAN

### ORDER

Having read and considered the parties' above stipulation, incorporated by reference, the Court hereby **VACATES** the May 16, 2023, status conference, and resets the matter for **July 11, 2023, at 9:00 a.m**., for a further status conference for status of sentencing.

IT IS SO FOUND AND ORDERED.

Dated: May 12, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE