PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-00062 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO SET JUDGMENT AND SENTENCING AND RELATED DATES** |
| v. | |
| CARRIE ALAINE MARKIS, and ANDREA JORDAN, | DATE: July 11, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, defendant Carrie Markis, by and through her counsel of record, John Manning, and defendant Andrea Jordan, by and through her counsel of record, Todd Leras, hereby request and stipulate to set this matter for judgment and sentencing on November 14, 2023, at 9:00 am.

This matter is in the process of being reassigned to a new probation officer. A new pre-sentence report needs to be prepared for defendant Markis, and a pre-sentence report needs to be prepared for defendant Jordan. The defense requests additional time to aid in that preparation, as well as their own preparation for sentencing in this matter. The government has no objection.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

The parties have consulted with probation and further request the following schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | November 14, 2023 |
| Reply, or Statement of Non-Opposition: | October 24, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 10, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 26, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 12, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | August 22, 2023 |

IT IS SO STIPULATED.

Dated:  July 5, 2023                         PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ ALEXIS KLEIN
                                             ALEXIS KLEIN
                                             Assistant United States Attorney

Dated:  July 5, 2023                         /s/ JOHN R. MANNING
                                             JOHN R. MANNING
                                             Counsel for Defendant
                                             CARRIE ALAINE MARKIS

Dated:  July 5, 2023                         /s/ TODD LERAS
                                             TODD LERAS
                                             Counsel for Defendant
                                             ANDREA JORDAN

**ORDER**

Having read and considered the parties' above stipulation, incorporated by reference, the Court hereby **SETS** this matter for Judgment and Sentencing on **November 14, 2023, at 9:00 a.m**. The Court further **ORDERS** the following associated dates:

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | October 24, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 10, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 26, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 12, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | August 22, 2023 |

IT IS SO FOUND AND ORDERED.

Dated: July 05, 2023         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE