```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
CARRIE A. MARKIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00062-JAM-1 |
| Plaintiff, | MEMORANDUM |
| vs. | Date:  November 14, 2023 |
| CARRIE A. MARKIS, | Time:  9:00 a.m. |
| Defendant. | Judge: Honorable John A. Mendez |

　　　Sentencing in this matter as to Ms. Markis (and co-defendant, Ms. Jordan) is presently scheduled for November 14, 2023.  **This memorandum does not seek to change the sentencing date.**  This memorandum seeks to adjust the previously set disclosure and objection(s) schedule as to Ms. Markis only and only as to the filing date of any informal objections.

　　　The parties now request to modify the disclosure and objection schedule as requested herein.  Assistant United States Attorney Alexis Klein has been notified of this request and has no objection.

///

///

///

///

///

The Parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **11/14/23, at 9:00 a.m.** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: | **11/07/23** |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **10/31/23** |

Dated: October 30, 2023         /S/ John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Carrie A. Markis

Dated: October 30, 2023         Phillip A. Talbert
                                United States Attorney

                                by: /S/ Alexis Klein
                                ALEXIS KLEIN
                                Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 30, 2023    /s/ John A. Mendez
                           THE HONORABLE JOHN A. MENDEZ
                           SENIOR UNITED STATES DISTRICT JUDGE