IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19-cr-00062-JAM-1 |
| Plaintiff, | ) **ORDER GRANTING REQUEST TO FILE SPECIFIC SECTIONS OF MS. MARKIS' SENTENCING MEMORANDUM AND EXHIBIT "B" OF MS. MARKIS' SENTENCING MEMORANDUM UNDER SEAL** |
| vs. | |
| CARRIE A. MARKIS, | |
| Defendant. | |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the request to file

- Page 2, line 10, beginning with "including" through the end of the sentence;

- Page 3, line 20, beginning with "(two" through the end of the sentence on Page 4; line 1;

- Page 4, line 5, beginning with "Ms." through "people" on page 4, line 10;

- Page 5, line 16, beginning with "Ms." through "addiction" on page 5, line 20;

- Page 9, line 3, beginning with "Ms." through "issues" on page 9, line 6;

- Page 9, line 15, beginning with "Ms." through "issues" on page 9, line 17;

1

- Page 12, line 11, beginning with "addresses" through "order on page 12, line 16;

- Page 18, line 3, beginning with "as" through "Supervision" on page 18, line 13;

- Page 19, line 3, beginning with "Ms." through "lifestyle" on page 19, line 6;

- Page 19, line 22, beginning with "A" through "situations" on page 20, line 3;

- Page 20, line 4, beginning with "Ms." through "depressed" on page 20, line 10; and,

- Exhibit B of defendant's sentencing memorandum under seal is **GRANTED**. The sections of Ms. Markis' sentencing memorandum referenced herein shall be filed under seal.

Dated: November 08, 2023        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE